**Evelin Marleni Guevara CARPIO, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 07–70181.**

United States Court of Appeals, Ninth Circuit.

Submitted July 19, 2010.*

Filed July 30, 2010.

Alan Hutchison, Reno, NV, for Petitioner.

John P. Lohrer, Esquire, Stuart Nickum, Trial, David V. Bernal, Assistant Director, Liza Murcia, DOJ–Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

MEMORANDUM **

Evelin Marleni Guevara Carpio, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252 and we remand the petition for review.

The government has requested a remand of this case based on the BIA's decision in *In re A–M–E & J–G–U–,* 24 I. & N. Dec. 69, 75–76 (BIA 2007). We grant the government's opposed request to remand Carpio's motion to reopen for the BIA to reconsider in light of intervening case law. *See also Perdomo v. Holder,* 611 F.3d 662 (2010).

**PETITION FOR REVIEW REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.